# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------X
GREENPOINT LAW COMMITTEE, CORP.,
A NEW YORK NON-FOR-PROFIT CORPORATION,

                      Plaintiff,

-against-

CONTINENTAL CASUALTY COMPANY
D/B/A CNA INSURANCE D/B/A CNA INSURANCE
AGENCY,

                      Defendant.
----------------------------------------------------------------X

Index No.: 13216-2014

Plaintiff designates Kings County as Place of Trial.

The basis of venue is defendant's place /area of business.

**SUMMONS WITH NOTICE**

To the Person(s) Named as Defendant(s) Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the Plaintiff(s) at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Defendant's address:

CONTINENTAL CASUALTY COMPANY D/B/A
CNA INSURANCE D/B/A CNA INSURANCE AGENCY
125 Broad Street
New York, NY 10004

Dated: August 18, 2014
       New York, New York

MARZEC LAW FIRM, P.C.

By: _____
Severyn Rebisz, Esq.
Attorney for Plaintiff
776A Manhattan Avenue
Brooklyn, New York, 11222
(718) 609-0303

Notice:

The nature of this action is:
Plaintiff brings this action seeking declaratory judgment regarding a liability policy cancellation, reinstatement, rights of rescission, coverage, claims, reporting of claims, representations of the insured, conditions precedent, exclusions from coverage, cancellation, and improper coverage decisions of Defendant. Defendant is also liable for breach of contract, tortious breach of the covenant of good faith and fair dealing, unfair claim settlement practice, fraud, prima facie tort, unfair and deceptive trade practices, breach of fiduciary duties, intentional infliction of emotional distress, conversion, failure to indemnify, and unjust enrichment. Plaintiff's also brings this action for libel and slander.

The relief sought is:
Declaratory Judgment concerning the policy, coverage, cancellation, reinstatement, rights of recession, coverage, claims, exclusion of claims (and all other facts and law relating to the policy). Plaintiff seeks monetary, compensatory damages, punitive damages, injunctive relief, and for specific performance.

Plaintiff demands trial by jury of all claims herein.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No.: 13216-2014

GREENPOINT LAW COMMITTEE, CORP.,
A NEW YORK NON-FOR-PROFIT CORPORATION,

        Plaintiff,

-against-

CONTINENTAL CASUALTY COMPANY
D/B/A CNA INSURANCE D/B/A CNA INSURANCE
AGENCY,

        Defendant.

## SUMMONS WITH NOTICE

**ATTORNEYS FOR PLAINTIFF**
Marzec Law Firm, P.C.
225 Broadway, Suite 3000
New York, NY 10007
212-267-0200

## CERTIFICATION

Pursuant to Section 130-1.1, the following documents are hereby certified:

MARZEC LAW FIRM, PC
By: _____
Severyn Rebisz, Esq.
Attorney for Plaintiff
776A Manhattan Avenue
Brooklyn, New York, 11222
(718) 609-0303